UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERTH D. GRANADOS,<br><br>           Petitioner,<br><br>        v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>           Respondent. | Case No. CV 18-10037 SVW(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

    IT IS SO ADJUDGED.

DATED: _____December 19, 2018_____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE